IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS,<br>Plaintiffs,<br><br>vs.<br><br>DEAN'S DYNAMIC CONCRETE, INC.<br>Defendant. | District Judge: _____<br><br>Magistrate Judge: _____<br><br>Case No: _____ |

## COMPLAINT

Plaintiffs, the Construction Industry Retirement Fund of Rockford, Illinois, and the Construction Industry Welfare Fund of Rockford, Illinois, by their attorneys, WilliamsMcCarthyLLP, bring this Complaint against Defendant, Dean's Dynamic Concrete, Inc.

### (Failure to Pay Contributions to the Funds)

1. Jurisdiction in this cause is based upon §301 of the Labor-Management Relations Act ("LMRA"), as amended. 29 U.S.C. § 185(a).

2. Jurisdiction in this cause is also based upon §502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended. 29 U.S.C. § 1132.

3. Venue is proper pursuant to 29 U.S.C. § 1132(e)(2) in this District because The Construction Industry Retirement Fund of Rockford, Illinois and The Construction Industry Welfare Fund of Rockford, Illinois are administered in Rockford, Illinois (collectively referred to as "the Funds" or "Plaintiffs").

4. The Funds are multi-employer benefits plans withing the meaning of ERISA. They are established and maintained pursuant to their respective Agreements and Declarations of Trust in accordance with § 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have standing to sue pursuant to 29 U.S.C. § 1132(d)(1) and 29 U.S.C. § 185(a).

5. Defendant is engaged in the construction industry and doing business within this geographic area, is an industry affecting interstate commerce, and is an employer within the meaning of § 3(5) of ERISA and § 301(a) of the LMRA.

6. Illinois Valley Contractors Association, Inc. ("the Association") is an association which represents its members in negotiations and dealing with unions with respect to rates of pay, hours of work, and other conditions of employment.

7. On or about August 24, 2009, Defendant entered into an Assignment Agreement with the Association, evidence of which is attached hereto as **Exhibit A**.

8. Under the terms of the Memorandum of Agreements, and the Collective Bargaining Agreement and Trust Agreements incorporated therein (the "Agreements"), Defendant is required to make contributions on behalf of its employees covered by the Agreements for pension benefits, health and welfare benefits, apprentice, working dues and to submit monthly remittance reports in which it identifies the employees covered under the Agreements and the amount of contributions to be remitted to the Funds on behalf of each covered employee.

9. Under the terms of the Agreements, contributions to the Funds are due on the 15th day of the month following the month hours are worked and are considered delinquent after the 25th day of the month.

10. Under the terms of the Agreements, any employer who fails to make the contributions by the 25th day of the month after the work was performed is required to pay an additional amount of ten percent (10%) in liquidated damages, along with all legal fees and costs expended to collect the amounts owed.

11. Under the terms of the Agreements to which Defendant is bound, Defendant is required to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

12. Beginning in January 2014, Defendant has failed to report and/or pay contributions and/or liquidated damages owed to the Funds in violation of its contractual obligations and the obligations under State and Federal law. The audit for the period of January 1, 2014 through March 31, 2017 is attached as **Exhibit B**.

13. As a direct and proximate result of Defendant's failure to pay contributions, Defendant's employees are in jeopardy of losing their health and welfare eligibility and benefits.

14. Defendant's actions in failing to make timely reports and contributions violate § 515 of ERISA, 29 U.S.C. § 1145, and §301 of the LMRA. 29 U.S.C. § 185.

15. Pursuant to § 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), §301 of the LMRA, 29 U.S.C. § 185, and the terms of the Agreements, Defendant is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid and late contributions, reasonable attorney's fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request that this Court enter a Judgment against Defendant, DEANS DYNAMIC CONCRETE, INC., as follows:

    (a)    Directing Defendant to submit its books and records to an audit on demand by Plaintiffs;

    (b)    Entering judgment in a sum certain against Defendant on any amount shown due and owing pursuant to the audit, including unpaid contributions, liquidated damages, interest, audit costs and attorney's fees and costs;

    (c)    Enjoining Defendant from violating the terms of the Agreements;

    (d)    Awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate; and

    (e)    Ordering Defendant to remain current in payment of all contributions to the Funds.

Dated: March 7, 2018

THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, Plaintiffs,
By: WILLIAMSMCCARTHY, LLP

/s/ Troy E. Haggestad
Troy E. Haggestad (#06229384)
WILLIAMSMcCARTHYLLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900

**Illinois Valley Contractors ASSOCIATION**

# Assignment of Collective Bargaining Rights to Illinois Valley Contractors Association, Inc.

The undersigned contractor hereby designates the Illinois Valley Contractors Association (hereinafter "Association") as its sole and exclusive bargaining representative with respect to the following labor organizations:

Please **initial** your YES and NO response for **each** union/option listed.
(Failure to initial Yes or No for any union/option shall be interpreted as a No.)

| | |
|---|---|
| BRICKLAYERS L.U. #6 ___ YES _X_ NO | LABORERS L.U. #393<br>Building & H+H _X_ YES ___ NO<br>Residential _X_ YES ___ NO |
| CHICAGO DISTRICT COUNCIL CARPENTERS<br>L.U. #195 (Bureau, LaSalle, Marshall, Putnam Stark)<br>Commercial ___ YES _X_ NO<br>Residential ___ YES _X_ NO<br>L.U. #790 (DeKalb, Ogle, Sandwich & Somonauk)<br>Commercial ___ YES _X_ NO | OPER. ENGINEERS L.U. #150 (District 5)<br>Building _X_ YES ___ NO<br>H&H _X_ YES _N/A_ NO DA~ |
| O.P. CEMENT MASONS<br>L.U. #11 (Area 297) & L.U. #18 (Areas 12 & 158)<br>_X_ YES ___ NO | ROOFERS L.U. #11 ___ YES _X_ NO |
| IRON WORKERS L.U. #444 (Western Zone)<br>___ YES _X_ NO | TEAMSTERS L.U. #722 ___ YES _X_ NO |

This assignment authorizes the Association to negotiate and agree to terms of collective bargaining agreements with each of the labor organizations designated above, and which collective bargaining agreements shall be final and binding on the undersigned contractor.

This authorization supersedes any previous delegation of bargaining authority to any other representative and shall remain in full force and effect as to all listed unions unless and until the undersigned contractor serves a written notice of termination or revocation of this assignment on the Association with respect to any union not less than one hundred fifty (150) days prior to the termination date of any union agreement negotiated pursuant to the terms of this assignment. Termination of this bargaining rights authority form with respect to any union does not constitute termination of the undersigned contractor's collective bargaining agreement with that union. In the event the contractor terminates this delegation of bargaining authority as to any union, the contractor is still responsible for notifying that union of the termination of its collective bargaining agreement in a timely fashion under the terms of that particular agreement.

This authorization shall become effective as the date it is received by the Association and shall remain in effect until revoked according to its terms. The undersigned contractor agrees to hold the Association harmless from any and all claims, suits, or other actions, including any and all costs, damage awards and attorneys fees which may be incurred by the Association as a consequence of any actions undertaken or not undertaken pursuant to the terms of this agreement.

Company Name __Dean's Dynamic Concrete__ (815) 431-0076
Phone

Authorized Representative __Dean A Nodland__
(Please Print)

Authorized Representative _____ Date __Aug 24 2009__
(Please Sign)

Received by Association on _____ By _____
(Date) (Please Initial)


EXHIBIT A

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910



September 22, 2017

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

RE: Dean's Dynamic Concrete (10637)

We have performed a fringe benefit contribution compliance audit of Dean's Dynamic Concrete, for the period from January 1, 2014 through March 31, 2017. The audit encompassed the comparison of individual earnings records to certain payroll tax and fund reports and a review of the general disbursements records.

The comparison and review indicate that the employer has not complied with its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $10,651.18 |
| RETIREMENT | 12,487.64 |
| ADVANCEMENT | 205.56 |
| APPRENTICE | 571.00 |
| LABOR MGMT | 45.68 |
| Sub Total | $23,961.06 |
| 10% Liq. Damages | $ 2,313.88 |
| TOTAL | $26,274.94 |

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT B

9/22/2017
ARD

Page 1 of 5

## CONSTRUCTION INDUSTRY FUNDS - GROUP #6050  LOCAL 11  AREA 297 & 858

### DEANS DYNAMIC CONCRETE, INC  #10637

**YEAR: 2014**

ADDITIONAL HOURS  1/14 - 12/14

| S.S.# | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RESSER, PAUL xxx-xx-xxxx | # | Hours | - | - | - | - | - | 40.00 | - | - | - | - | - | - | 40.00 |
| **TOTAL HOURS** | | | - | - | - | - | - | 40.00 | - | - | - | - | - | - | 40.00 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ 344.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 344.00 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ 399.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ 399.20 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ 7.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ 7.20 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ - | $ 20.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 20.00 |
| LABOR-MGMT | $ - | $ - | $ - | $ - | $ - | $ 1.60 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.60 |
| **TOTAL** | $ - | $ - | $ - | $ - | $ - | $ 772.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 772.00 |

| Rates: | 6/1/14 | to | 5/31/15 |
|---|---|---|---|
| WELFARE | 8.60 | APPRENTICE | 0.50 |
| RETIREMENT | 9.98 | LABOR-MGMT | 0.04 |
| ADVANCEMENT | 0.18 | | |

9/22/2017
ARO

Page 2 of 5

## CONSTRUCTION INDUSTRY FUNDS - GROUP #6050 LOCAL 11 AREA 297 & 858
### DEANS DYNAMIC CONCRETE, INC #10637

**YEAR: 2015**

ADDITIONAL HOURS 1/15 to 12/15

| S.S.# | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STONE, JAMES xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | - | - | 73.50 | - | 73.50 |
| WAWERSKI, JAMES xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | - | - | 74.00 | - | 74.00 |
| **TOTAL HOURS** | | | - | - | - | - | - | - | - | - | - | - | 147.50 | - | 147.50 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $1,334.88 | $ - | $1,334.88 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $1,503.03 | $ - | $1,503.03 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 26.55 | $ - | $ 26.55 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 73.75 | $ - | $ 73.75 |
| LABOR-MGMT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5.90 | $ - | $ 5.90 |
| **TOTAL** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $2,944.11 | $ - | $2,944.11 |

| Rates: | 6/1/15 | to | 5/31/16 |
|---|---|---|---|
| WELFARE | 9.05 | APPRENTICE | 0.50 |
| RETIREMENT | 10.19 | LABOR-MGMT | 0.04 |
| ADVANCEMENT | 0.18 | | |

CONSTRUCTION INDUSTRY FUNDS - GROUP #6050 LOCAL 11 AREA 297 & 858

DEANS DYNAMIC CONCRETE, INC  #10837

**YEAR: 2016**

ADDITIONAL HOURS   1/16 to 12/16

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GERDING, JOSEPH xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | 162.50 | - | - | - | 162.50 |
| HAUGER, ROBERT xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | 160.00 | - | 37.00 | - | 197.00 |
| HOLMSTROM, MIKE xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | 160.00 | - | 37.00 | - | 197.00 |
| RESSER, PAUL xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | 73.00 | - | - | - | 73.00 |
| STONE, JAMES xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | 162.50 | - | 162.50 | - | 325.00 |
| **TOTAL HOURS** | | | - | - | - | - | - | - | - | - | 718.00 | - | 236.50 | - | 954.50 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,749.20 | $ - | $ 2,223.10 | $ - | $ 8,972.30 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,962.62 | $ - | $ 2,622.79 | $ - | $ 10,585.41 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 129.24 | $ - | $ 42.57 | $ - | $ 171.81 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 359.00 | $ - | $ 118.25 | $ - | $ 477.25 |
| LABOR-MGMT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 28.72 | $ - | $ 9.46 | $ - | $ 38.18 |
| **TOTAL** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,228.78 | $ - | $ 5,016.17 | $ - | $ 20,244.95 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.40 | APPRENTICE | 0.50 |
| RETIREMENT | 11.09 | LABOR-MGMT | 0.04 |
| ADVANCEMENT | 0.18 | | |

9/22/2017             Page 4 of 5
ARD

CONSTRUCTION INDUSTRY FUNDS - GROUP #6050 LOCAL 11 AREA 297 & 858

DEANS DYNAMIC CONCRETE, INC #10637

RICHARD J. WOLF AND COMPANY, INC.

SUMMARY REPORT TOTAL

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WELFARE | $ 10,651.18 | $ - | $ 10,651.18 |
| RETIREMENT | $ 12,487.64 | $ - | $ 12,487.64 |
| ADVANCEMENT | $ 205.56 | $ - | $ 205.56 |
| APPRENTICE | $ 571.00 | $ - | $ 571.00 |
| LABOR-MGMT | $ 45.68 | $ - | $ 45.68 |
| TOTAL | $ 23,961.06 | $ - | $ 23,961.06 |

Case: 3:18-cv-50091 Document #: 1 Filed: 03/12/18 Page 11 of 11 PageID #:11

9/22/2017  
ARD

Page 5 of 5

CONSTRUCTION INDUSTRY FUNDS - GROUP #6050  LOCAL 11  AREA 297 & 858

DEANS DYNAMIC CONCRETE, INC   #10637

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | |
|---|---|
| WELFARE | $ 10,651.18 |
| RETIREMENT | $ 12,487.64 |
| ADVANCEMENT | $ 205.56 |
| APPRENTICE | $ 571.00 |
| LABOR-MGMT | $ 45.68 |
| TOTAL | $ 23,961.06 |