# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, *et al*. | ) ) | |
| Plaintiffs, | ) ) | No. 18 CV 50091 |
| v. | ) ) ) | Magistrate Judge Iain D. Johnston |
| DEAN'S DYNAMIC CONCRETE, INC., | ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

The Clerk previously entered an order of default against the defendant based on its failure to answer or appear. Dkt. 11. Before the Court is the plaintiff's motion for a default judgment [22].

According to the motion, under the terms of the parties' collective bargaining agreements the defendants owe unpaid contributions totaling $38,424.43, liquidated damages of 10% for those unpaid or late contributions totaling $3,712.01, prior unpaid liquidated damages totaling $10,513,36, plus audit fees totaling $750.000, all of which equal $53,399.80. In addition, under the terms of the parties' collective bargaining agreements the plaintiffs are entitled to recover attorney's fees and costs spent to recover amounts owed. According to counsel's affidavit, counsel spent 10.5 hours at hourly rates ranging from $100 for paralegal time to $200 - $240 for attorney time for a total of $2,402.00 in fees, plus costs of $586.00, which totals $2,988.00. The total judgment sought is $56,387.80.

The plaintiff provided notice of the motion and its presentment to the defendant's registered agent by certified and first-class mail sent on 7/17/2018. The defendant did not appear for presentment of the motion for a default judgment or otherwise respond to the motion. During the presentment of the motion, plaintiff's counsel presented the green cards returned by the U.S. Post Office evidencing delivery of the certified mailing.

In light of the representations in the motion and affidavits, and the defendant's failure to appear for the presentment of the motion, it is this Court's Report and Recommendation that the plaintiff's motion for a default judgment [22] be granted, and that judgment in the amount of $56,387.80 be entered in favor of the plaintiffs. Any objection is due by 8/14/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.,* 882 F.2d 258, 260 (7th Cir. 1989).

Date: July 31, 2018          By: _____
                                  Iain D. Johnston
                                  United States Magistrate Judge