## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No: 18 CV 50091 |
| Dean's Dynamic Concrete, Inc., | ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [25] from the magistrate judge that this court grant plaintiff's motion for entry of default judgment [22] in favor of plaintiff and against defendant in the amount of $56,387.80. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiff's motion for entry of default judgment. Default judgment will enter against defendant in the amount of $56,387.80. This case is closed.

Date: 8/20/2018

ENTER:

_____
FREDERICK J. KAPALA

District Judge